AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
        Plaintiff,
   v.
RENE GONZALEZ-LANDEROS,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2026-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
RENE GONZALEZ-LANDEROS

I certify that I am admitted to practice in this court.

7/8/2008
Date

/s/ SHAFFY MOEEL
Signature

Shaffy Moeel / Federal Defenders of SD     238732
Print Name                              Bar Number

225 Broadway, Suite 900
Address

San Diego, CA   92101
City       State       Zip Code

(619) 234-8467      (619) 687-2666
Phone Number               Fax Number

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: July 8, 2008                                                        /s/ Shaffy Moeel
                                                                           SHAFFY MOEEL
                                                                           Federal Defenders of San Diego, Inc.
                                                                           225 Broadway, Suite 900
                                                                           San Diego, CA 92101-5030
                                                                           (619) 234-8467  (tel)
                                                                           (619) 687-2666  (fax)
                                                                           e-mail: Shaffy_Moeel@fd.org