# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| U.S.A. vs. | Rene Gonzalez-Landeros; Gerardo Cortez-Copado | | | | | No. | 08cr2528-JLS | |
| HON. | Louisa S. Porter | | | Tape No. | POR08-1:14:40-14:42 (2m) | | | |
| Asst. U.S. Attorney | George Manahan | | | PTSO | N/A | | | |

| | | | | | | # | Status |
|---|---|---|---|---|---|---|---|
| Atty | Leila Morgan, FD S/A | Apt | Ret | for | Gonzalez-Landeros | (1) | (C) |
| | David Baker, CJA | Apt | Ret | for | Cortez-Capado | (2) | (C) |
| | | Apt | Ret | for | | ( ) | ( ) |
| | | Apt | Ret | for | | ( ) | ( ) |
| | | Apt | Ret | for | | ( ) | ( ) |
| | | Apt | Ret | for | | ( ) | ( ) |
| | | Apt for Material Witness(es) | | | | | |

PROCEEDINGS:    ___ In Chambers    X In Court    ___ By Telephone

- Arraignment on Indictment as to each Defendant.
- Not Guilty Plea as to each Defendant.
- MH/TS set for 09/05/08 @ 1:30pm before Judge Sammartino in courtroom 6.

- Abstracts to release Material Witnesses issued in error attached.
- Abstracts remanding the Material Witnesses back into USM custody attached.

Date    07/31/08                                R. F. Messig
                                                Deputy's Initials

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08MJ2026 |
| vs. | ) ) ) | 08CR2528 ORDER |
| Rene Gonzalez Landeros, et.al | ) ) ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) ) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court))

Mat. Wit Jorge Lopez-Tisareno

DATED: 07/31/08

RECEIVED _____
                    DUSM

LOUISA S. PORTER
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
        Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )    CASE NUMBER 08cr2528-JLS
)
vs )    ABSTRACT OF ORDER
)
Rene Gonzalez- )    Booking No. _____
Landeros, et al )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of __7-31-08__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

___X___ Material Witness Jorge Lopez-Tisareno
~~Defendant~~ remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. Abstract releasing material witness Jorge Lopez-Tisareno issued in error.

UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.         Clerk
by
                               Deputy Clerk

Received_____
        DUSM

Crim-9    (Rev 6-95)                        ☆ U.S. GPO: 1996-783-398/40151

N. Prewitt

CLERK'S COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08MJ2026 | |
| Plaintiff ) | 08CR2528 | |
| ) | ORDER | |
| vs. ) | | |
| Rene Gonzalez-Landeros, et.al ) | RELEASING MATERIAL WITNESS | |
| ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States ~~District~~/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Mat. Wit: Alvaro DelRio-Garcia

DATED: 07/31/08

RECEIVED ~~DUSM~~

LOUISA S. PORTER
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by
Deputy Clerk
R. F. MESSIG

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 08CR2528-JLS |
| vs ) | ABSTRACT OF ORDER |
| Rene Gonzalez- ) | Booking No. _____ |
| Landeros Et Al. ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/31/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__X__ Material Witness Alvaro Del Rio-Garcia Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. Abstract releasing Material Witness Alvaro Del Rio Garcia issued in Error

UNITED STATES MAGISTRATE JUDGE

OR

Received _____
    DUSM

W. SAMUEL HAMRICK, JR.    Clerk
by _____
    Deputy Clerk

R. L. ___ SIG

Crim-9  (Rev 6-95)                              ☆ U.S. GPO: 1996-783-398/40151

CLERK'S COPY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Rene Gonzalez-Landeros, et. al.<br><br>Defendant(s) | CRIMINAL NO. 08MJ2026<br>08CR2528<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Mat. wit Fidel Lopez-Payan

DATED: 07/31/08

LOUISA S. PORTER

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by

Deputy Clerk

R. F. MESSIG

RECEIVED
DUSM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER 08CR2528-JLS
                          )
              vs          )   ABSTRACT OF ORDER
                          )
Rene Gonzalez-Landeros    )   Booking No. _____
                          )
                          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7-31-08_____

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

__X__ Material Witness Fidel Lopez-Payan
~~Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.~~

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
         _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other: Abstract releasing Material Witness Fidel Lopez-Payan issued in error

UNITED STATES MAGISTRATE JUDGE

                                    OR
Received_____        W. SAMUEL HAMRICK, JR.  Clerk
           DUSM                 by
                                      /s/ Prewitt
                                               Deputy Clerk

Crim-9  (Rev 6-95)                           ☆ U.S. GPO: 1996-783-398/40151

N. Prewitt

CLERK'S COPY