**Mayfield & Associates - Attorneys at Law**
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, and JORGE LOPEZ-TISCARENO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GERARDO CORTEZ-COPADO (1),<br><br>RENE GONZALEZ-LANDEROS (2)<br><br>    Defendants. | Criminal Case No. 08 cr 2528-JLS<br>Mag. Docket No. 08 mj 2026<br><br>**STIPULATION FOR THE VIDEO DEPOSITION OF MATERIAL WITNESSESES ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, and JORGE LOPEZ-TISCARENO**<br><br>Date:         September 11, 2008<br>Time:        10:00 a.m. |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the video deposition of the material witnesses, ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, and JORGE LOPEZ-TISCARENO be held on Thursday, September 11, 2008, at 10:00 a.m.

The depositions will take place in the office of the United States Attorneys Office located at 880 Front Street, Fifth Floor, San Diego, California.

To the extent the procedures set forth herein for the videotaping vary from those set

1

United States v.CORTEZ-Copade, et al.,  08 mj 2026)(08 cr 2528-JLS )
Stipulation to the Video Deposition and Release of Material Witnesses

1 forth in Rules 28 and 30, F.R.Civ.P., these variation are by stipulation of the parties involved, as
2 allowed by F.R.Civ.P. 29. The office of Assistant United States Attorney, Alessandra P. Serano
3 will arrange for the conference room, interpreter, court reporter and video operator for the
4 depositions.

5   IT IS SO STIPULATED.

9 Dated: August 28, 2008                    /s/ Alessandra P. Serrano
10                                          Alessandra P. Serrano, A.U.S.A.
11                                          Attorney for Plaintiff

14 Dated: August 28, 2008                    /s/ David L. Baker
                                            David L. Baker, Esq.
15                                          Attorney for Defendant
                                            GERARDO CORTEZ-COPADO

18 Dated: August 28, 2008                    /s/ Shaffy Moeel
19                                          Shaffy Moeel, Esq.
                                            Federal Defenders of San Diego
20                                          Attorney for Defendant
                                            RENE GONZALEZ-LANDEROS

24 Dated: August 28, 2008                    /s/ Gayle Mayfield-Venieris
                                            Gayle Mayfield-Venieris, Esq.
25                                          Attorney for Material Witnesses
                                            ALVARO DELRIO-GARCIA, FIDEL
26                                          LOPEZ-PAYAN, and JORGE LOPEZ-
                                            TISCARENO

28                                          2

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
380 STEVENS AVENUE, SUITE 314
SOLANA BEACH, CA 92075-2069

Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
mayfield@mayfield-law.com
Melissa L. Bustarde, Esq., Bar. No. 239062
bustarde@mayfield-law.com
Christopher Y. Lock, Esq., Bar. No. 246815
lock@mayfield-law.com
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090; Fax: (858) 793-8099

Attorneys for: Material Witnesses ALVARO DELRIO-GARCIA, FIDEL LOPEZ-PAYAN, JORGE LOPEZ-TISCARENO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RENE GONZALEZ-LANDEROS (1),<br><br>GERARDO CORTEZ-COPADO (2),<br><br><br>Defendants. | Criminal Case No. 08 cr 2528-JLS<br>Mag. Docket No.  08 mj 2026<br><br>**PROOF OF SERVICE VIA E-FILE**<br>**[Fed. R. Civ. Pro. 4, Local Rule 5]** |

I, Christopher Y. Lock, declare as follows:

1.  I am over eighteen years of age and not a party to the above-referenced action; my business address is 462 Stevens Avenue, Suite 303, Solana Beach, CA 92075-2066. I am employed in San Diego County, California.

2.  On August 28, 2008, I filed the below referenced document on the Court's CM/ECF system in Case No. 08 mj 2026/08 cr 2528-JLS. The following counsel were electronically served with the referenced document via the CM/ECF system pursuant to Local Rule 5.4(c):

United States v. Gonzales Landeros (08 mj 2026)/(08 cr 2528-JLS)
United States v. Cortez-Copado (08 mj 2026)/(08 cr 2528-JLS)
1 of 2                                    Proof of Service Via E-File

1  • **Stipulation for the Video Deposition of the Material Witnesses**

2  Alessandra Serano, A.U.S.A                Shaffy Moeel, Esq.

3  Efile.dkt.gc2@usdoj.gov                   shaffy_moeel@fd.org

4  David L. Baker, Esq.

5  dlbakerlaw@aol.com

6  I declare under penalty of perjury under the laws of the United States, State of California

7  that the foregoing is true and correct and that this declaration was executed on August 28, 2008.

*[signature]*
Christopher Lock
Mayfield & Associates

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

United States v. Gonzales Landeros (08 mj 2026)/(08 cr 2528-JLS)
United States v. Cortez-Copado (08 mj 2026)/(08 cr 2528-JLS)
2 of 2    Proof of Service Via E-File